```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12377
    ARNE T AALRUST
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-2082


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/11/07 and confirmed on 11/09/07.

    2.  The case was dismissed after confirmation, 04/11/2008.

    3.  The Debtor paid a total of $   10159.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG            .00             .00             .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE        3474.81             .00         3474.81
UMLI/UM CAPITAL           SECURED                  .00             .00             .00
LEWIS UNIVERSITY          UNSECURED          NOT FILED             .00             .00
BECKET & LEE LLP          UNSECURED             1158.48            .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED             5946.24            .00             .00
CAPITAL ONE BANK          UNSECURED             2705.79            .00             .00
EMPRESS CASINO JOLIET CO  UNSECURED          NOT FILED             .00             .00
HSBC                      UNSECURED          NOT FILED             .00             .00
GMAC PAYMENT CENTER       UNSECURED            17705.80            .00             .00
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC            .00             .00             .00
COMED                     UNSECURED          NOT FILED             .00             .00
UMLI/UM CAPITAL           MORTGAGE ARRE       31047.00             .00         3848.13
BECKET & LEE LLP          UNSECURED             1080.56            .00             .00
BECKET & LEE LLP          UNSECURED             2529.04            .00             .00
        Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   34521.81          .00     31125.91           .00        65647.72
PRINCIPAL PAID        7322.94          .00          .00           .00         7322.94
INTEREST PAID             .00          .00          .00           .00             .00
TOTAL PAID            7322.94          .00          .00           .00         7322.94
The Debtor's attorney, CHARLES R WOLF & ASSOC          , was allowed $    2900.00
and was paid $   600.00   direct and $   2300.00  through the plan.

The Trustee received $    536.06 .

Refunds to the Debtor totaled $         .00 .

        Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 07 B 12377 ARNE T AALRUST